UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

MICHAEL J. JONES and
TAMERA A. JONES,

       Plaintiffs,

v.                                                      No. 2:25-cv-00472-MLG-GJF

PIONEER BANK et al.,

       Defendants.

## ORDER GRANTING IN PART MOTION FOR ELECTRONIC FILING

*Pro se* Plaintiffs move the Court for permission to file and receive documents by electronic mail. *See* Motion for Permission to File and Receive Service by Electronic Mail, Doc. 87, filed February 5, 2026.

The Court *grants* Plaintiffs' Motion *in part*. Plaintiffs may file documents electronically using the Court's case management and electronic case filing application ("CM/ECF") which allows the Court to file, maintain, and retrieve case file information. The Court *denies* Plaintiff's Motion to file documents via email *without* using CM/ECF.

In addition, the Court grants Plaintiffs permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). Plaintiffs are cautioned that the Court will revoke permission to file electronically if Plaintiffs abuse their electronic filing privilege or fail to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures

Manual.  Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information.

Finally, this Order only grants Plaintiffs permission to participate in CM/ECF; Plaintiffs are responsible for registering to become a participant.  *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**IT IS ORDERED** that Plaintiffs' Motion for Permission to File and Receive Service by Electronic Mail, Doc. 87, filed February 5, 2026, is **GRANTED in part** as follows: Plaintiffs may file documents electronically using CM/ECF.  The Court denies Plaintiffs' request to file documents via email without using CM/ECF.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE