**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

MICHAEL J. JONES and TAMERA A. JONES,

Plaintiff,

v. Civ. No. 25-472 MLG/GJF

PIONEER BANK, ADRIANN RAGSDALE, DEE ANN NUNEZ, and DOVENMUEHLE MORTGAGE, INC.,

Defendants.

**ORDER FOLLOWING HEARING ON MOTIONS**

THIS MATTER is before the Court on three motions: (1) *Defendant Dovenmuehle Mortgage, Inc.'s Motion to Strike Plaintiffs' Third Amended Complaint and for Sanctions* (Dkt. No. 109), (2) *Plaintiffs' Motion for Leave to File the Material in Docket 108 as a Supplement to the Third Amended Complaint Based on Newly Discovered Evidence* (Dkt. No. 112), and (3) *Plaintiffs' Notice Clarifying Limited Withdrawal of Docket 108 and Motion to Preserve Its Exhibits Pending Ruling on Plaintiffs' Motion for Leave* (Dkt. No. 115). On September 2, 2026, the Court held a hearing on these Motions. *See* Dkt. No. 132. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** as follows:

(1) *Defendant Dovenmuehle Mortgage, Inc.'s Motion to Strike Plaintiffs' Third Amended Complaint and for Sanctions* (Dkt. No. 109) is **GRANTED IN PART** to the extent that the Court, under its inherent authority, imposes a monetary sanction against Plaintiffs in the amount of $750.00 to paid to the law firm of Tiffany & Bosco, P.A. by October 2, 2026. The Motion is otherwise **DENIED AS MOOT**.

(2) *Plaintiffs' Motion for Leave to File the Material in Docket 108 as a Supplement to the Third Amended Complaint Based on Newly Discovered Evidence* (Dkt. No. 112) is

**GRANTED** insofar as the information supplied therein constitutes a supplemental evidentiary presentation in support of Plaintiffs' Third Amended Complaint (Dkt. No. 111), but which does not impose on Defendants any obligation to amend their Answers (Dkt. Nos. 116, 117).

(3) *Plaintiffs' Notice Clarifying Limited Withdrawal of Docket 108 and Motion to Preserve Its Exhibits Pending Ruling on Plaintiffs' Motion for Leave* (Dkt. No. 115) is **DENIED WITHOUT PREJUDICE** to Plaintiffs refiling the exhibits in support of or in opposition to future motions.

SO ORDERED.

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE